**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **APRYL VELAZQUEZ,**[1] | : | **No. 3:25-CV-1717** |
| | : | |
| **Plaintiff** | : | **(Caraballo, M.J.)** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of** | : | |
| **Social Security** | : | |
| | : | |
| **Defendant** | : | |

# ORDER

For the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. The plaintiff's appeal (Doc. 1) is **GRANTED**;

2. The Commissioner's decision denying the plaintiff's claim for Title XVI supplemental security income benefits is **VACATED**, and this matter is **REMANDED** for further proceedings consistent with the Memorandum;

[1] The Court notes that the claimant's name is spelled "Velaquez" in the complaint. Doc. 1. However, subsequent filings and medical records show that "Velazquez" is the proper spelling.

3. The Clerk of Court is directed to **ENTER JUDGMENT IN FAVOR OF THE PLAINTIFF AND AGAINST THE DEFENDANT**; and

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Date: October 6, 2026

***s/ Phillip J. Caraballo***
Phillip J. Caraballo
United States Magistrate Judge